UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARK YATES, | ) | CASE NO. 1:05 CV 2287 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| HURON COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion and Order in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1997e. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 11/28/05